UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re <u>Patrick Hackett Hardware Company</u>,  )
*[Set forth here all names including married, maiden, and trade* )
*names used by debtor within last 8 years.]* )
)
                   Debtor          )    Case No. 09-63135
)
) Chapter 11

Employer's Tax Identification No(s). *[if any]* <u>15-0329950</u> )
Last four digits of Social Security No(s): _____ )

# ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CONVERTED OR DISMISSED FOR FAILURE TO FILE A DISCLOSURE STATEMENT AND/OR PLAN OF REORGANIZATION

This chapter 11 case was filed on <u>Nov 10, 2009</u>. the record reflects that no disclosure statement and/or plan of reorganization has been filed, nor has any extension for such filing(s) been granted.

Now, therefore, it is

ORDERED AND NOTICE IS HEREBY GIVEN that the debtor(s) and debtor's attorney or record shall appear and show cause before this Court on <u>Jun 22, 2010</u>, at <u>9:30 a.m.</u> at the <u>Alexander Pirnie Federal Building</u>, U.S. Courthouse, Room 236, 10 Broad St., Utica, NY, why an order should not be entered pursuant to 11 U.S.C. §§ 105(a) and 1112(b), to convert or dismiss this case.

BY THE COURT

At Utica, NY
Date: 6\10\10

_____
HON. ~~DIANE~~ DAVIS
U.S. Bankruptcy Judge

O:R3016(03/10/2010)