

**U.S. Department of Justice**

Office of the United States Trustee

*Northern District of New York*

_____

| | |
|---|---|
| 10 Broad Street, Suite 105 | (315) 793-8191 |
| Utica, New York 13501 | Fax (315) 793-8133 |

June 21, 2010

Hon. Diane Davis
United State Bankruptcy Judge
United States Bankruptcy Court
U.S. Courthouse & Federal Building
10 Broad Street
Utica, NY 13501

      Re:    **Patrick Hackett Hardware, Inc.**
              **Chapter 11 Case No. 09-63135**

Dear Judge Davis:

I am writing with regard to the United States Trustee for Region 2's (the "United States Trustee") Motion to Convert this Case to Chapter 7 ("Motion"), which was filed with the Court on January 26, 2010 at docket number 70.

Since the issues raised in the Motion have been remediated by the Debtor to the satisfaction of the United States Trustee, she hereby requests that the Motion be withdrawn.

I thank the Court for the courtesies extended with regard to this matter.

Respectfully,

*/s/ Guy A. Van Baalen*

Guy A. Van Baalen
Assistant United States Trustee