# ADJOURNMENT REQUEST / WITHDRAWAL / SETTLEMENT NOTIFICATION
# FOR
# MOTION CALENDAR RELATED MATTERS

Case Name: Patrick Hackett Hardware Company

Case Number: 09-63135

Adversary Number: N/A

Moving Party Name: True Value Company

Requesting Attorney Name: David L. Ganje, Esq.
Law Firm Name: Ganje Law Offices
Law Firm Phone Number: (518) 437-9000

Date of Hearing: Thursday, October 21, 2010

[✓] **Adjournment**

    Requested Adjourned Date: 11/10/2010

    Reason for Adjournment: Amended plan and disclosure statement not yet filed; Debtor's Motion to Approve Cash Collateral scheduled for November Calendar; Debtor has agreed to an adjournment of Creditor's pending Motion for Relief and for adequate protection.

[ ] **Withdrawal**

    Reason for Withdrawal:

[ ] **Settlement**

    Explain:

Consent of all parties obtained: [✓] Yes     [ ] No

cc: Debtor

Date: 10/19/2010