# CHRISTIAN H. DRIBUSCH
Attorney and Counselor at Law

January 14, 2011

**antonlaws@nnymail.com**
Via Facsimile: **(315) 788-1643**
Via **ECF/CM**


**David P. Antonucci, Esq.**
The Bondadio Building
12 Public Square
Watertown, NY 13601


      *Re:   PATRICK HACKETT HARDWARE COMPANY*
            *Chapter 7; Case No. **09-63135***


Dear Mr. Antonucci:

     Pursuant to 11 U.S.C. §542 please turn over the $15,000 held in your attorney escrow account to "Christian H. Dribusch, Chapter 7 Trustee" at the address below so that it may be administered in this bankruptcy proceeding.

     As always, contact me if you have any questions.


                           Sincerely yours,

                           */s/ Christian H. Dribusch*
                           Christian H. Dribusch
                           Chapter 7 Trustee



| | |
|---|---|
| The Patroon Building<br>Five Clinton Square<br>Albany, NY 12207<br>USA | PHONE   518.436.1662<br>FAX       518.432.1996<br>E-MAIL   chd@chdlaw.com<br>WEBSITE  www.chdlaw.com |